IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SCOTT JACOBSON, *et al*.        *
                                          *
                                          *
        v.                                *   Case No.: 1:09-cv-562
                                          *
                                          *
COMCAST CORPORATION., *et al*.  *
                                          *
                                      *****

ORDER

For the reasons stated in the accompanying Opinion, it is, this 28th day of September 2010

ORDERED

1. Comcast Corporation's motion for summary judgment is granted; and

2. Judgment is entered in favor of Comcast against plaintiffs.


                                          /s/
                                     J. Frederick Motz
                                     United States District Judge