UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 26, 2011

MEMO TO COUNSEL RE: Scott Jacobson v. Comcast
                    Civil No. JFM-09-562

Dear Counsel:

    I am in receipt of Mr. Akaras' letter dated August 17, 2011.

    Mr. Akaras is correct that I believed that this case was still pending in the Fourth Circuit. Accordingly, a scheduling conference will be held by telephone at 4:30 pm on Thursday, September 15, 2011. I ask counsel for plaintiff to make the arrangements for the conference call. Prior to the conference please confer with one another about a proposed schedule, including a discovery deadline and a summary judgment motions deadline. Please also discuss the number of depositions of fact witnesses you believe will be necessary. If possible, I would appreciate your submitting to me a report concerning the results of your conference before our scheduling conference.

                                      Very truly yours,

                                      /s/

                                      J. Frederick Motz
                                      United States District Judge